**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 15-2054**

─────────────

CHRISTIE G. BROWN,

           Plaintiff - Appellant,

     v.

TOP GUARD,

           Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Mark S. Davis, District Judge. (2:14-cv-00470-MSD-LRL)

─────────────

Submitted: January 14, 2016      Decided: January 19, 2016

─────────────

Before AGEE, WYNN, and FLOYD, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Christie G. Brown, Appellant Pro Se. Susan Childers North, LECLAIR RYAN, PC, Williamsburg, Virginia; Gabriel Alexander Walker, LECLAIR RYAN, PC, Richmond, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christie G. Brown appeals the district court's orders denying relief on her employment discrimination claim and denying her motion to amend the complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Brown v. Top Guard</u>, No. 2:14-cv-00470-MSD-LRL (E.D. Va. May 29, 2015; Aug. 27, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>